## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC,<br>　　　　Plaintiff, | Case No. 2:17-cv-00341-JRG |
| v. | **LEAD CASE** |
| HP INC,<br>　　　　Defendant. | |
| MAX BLU TECHNOLOGIES, LLC,<br>　　　　Plaintiff, | Case No. 2:17-cv-00342-JRG |
| v. | **CONSOLIDATED CASE** |
| PANASONIC CORPORATION,<br>　　　　Defendant. | |
| MAX BLU TECHNOLOGIES, LLC,<br>　　　　Plaintiff, | Case No. 2:17-cv-00344-JRG |
| v. | **CONSOLIDATED CASE** |
| VINPOWER, INC.,<br>　　　　Defendant. | |

## ORDER

Before the Court is the Joint Motion to Stay Deadlines in Case No. 2:17-cv-00342-JRG (Dkt. No. 13) ("the Motion"). Having considered the Motion, the Court is of the opinion that said motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all deadlines with respect to the Parties in Case No. 2:17-cv-00342-JRG are hereby stayed for 30 days from the date of this Order. It is further **ORDERED** that the parties are to submit dismissal documents by August 2, 2017.

**So ORDERED and SIGNED this 5th day of July, 2017.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE