**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MAX BLU TECHNOLOGIES, LLC,<br>　　*Plaintiff*,<br>v.<br><br>HP INC.,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:17-CV-341-JRG<br><u>LEAD CASE</u> |
| MAX BLU TECHNOLOGIES, LLC,<br>　　*Plaintiff*,<br>v.<br><br>VINPOWER, INC.,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:17-CV-344-JRG<br><u>MEMBER CASE</u> |

**ORDER**

Before the Court is Plaintiff's Motion to Stay All Deadlines In Case No. 2:17-cv-00344-JRG (Dkt. No. 14) ("the Motion"). The Motion fails to comply with the Court's Standing Order Regarding Proper Notification of Settlement to the Court, which requires that such motions be filed jointly. In this case, counsel for Defendants have not appeared and accordingly the Motion before the Court is not joint and could not be joint. Accordingly, such motion is STRUCK for non-compliance with the orders of this Court.

Separately, however, the Court finds it appropriate to extend all unreached deadlines between Max Blu Technologies, LLC and Vinpower, Inc. for 30 days to facilitate the finalization of a settlement between the Parties. Accordingly, the Court, sua sponte, extends all deadlines (including Defendant Vinpower, Inc.'s deadline to answer and appear) between the Parties in Case. No. 2:17-cv-344-JRG until August 2, 2017. The Court assumes and expects this case to no longer be on its docket by August 3, 2017.

**So ORDERED and SIGNED this 6th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE